UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| AARON L. ECHTINAW, | ) | CASE NO. C09-0024-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING |
| | ) | ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation, with the following exception: the 2008 rate used to calculate attorney's fees in the Report and Recommendation will be replaced by the 2009 rate, which is now available;

(2) Plaintiff is allowed a total of 39.3 hours for attorney time at an hourly rate of $172.24, for a total award of $6,769.03; and

01       (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02    DATED this 8th day of March, 2010.

                                         /s/ Robert S. Lasnik
                                         Robert S. Lasnik
                                         United States District Judge